■ Bonn, Dioguardi & Ray, LLP, Formerly Known as Bonn, Shortsleeve & Ray, LLP, et al., Respondents, v ThomasYork, LLP, et al., Appellants. [953 NYS2d 526]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered February 25, 2011. The order denied the motion of defendants to disqualify counsel for plaintiffs.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on September 25 and 27, 2012,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.